HARDY MYERS
Attorney General
JACQUELINE SADKER #06497
Assistant Attorney General
LEONARD W. WILLIAMSON #91002
Assistant Attorney in Charge
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email: Jacqueline.sadker@doj.state.or.us
        leonard.williamson@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ROBERT WOODROFFE | Case No. CV05-977-MO |
| Plaintiff, | JOINT MOTION TO DISMISS |
| v. | |
| OREGON DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

The parties move this court for an order dismissing this case with prejudice because the

parties have reached settlement. The parties' agreement includes the allocation of costs.

DATED this 8th day of July, 2008.


_____        _____
ROBERT WOODROFFE                        JACQUELINE SADKER #06497
*Pro se* plaintiff                      Assistant Attorney General
                                        Of Attorneys for Defendants

Page 1 -   JOINT MOTION TO DISMISS
           TRIP7562.DOC/JS/BJC/jdi

                        Department of Justice
                        1162 Court Street NE
                        Salem, OR 97301-4096
                        (503) 947-4700

**CERTIFICATE OF SERVICE**

I certify that on July 8, 2008, I served the foregoing JOINT MOTION TO DISMISS

upon the parties hereto by the method indicated below, and addressed to the following:

Robert Woodroffe, SID #5631215
Oregon State Penitentiary
2605 State Street
Salem, Oregon  97310-0500

___ HAND DELIVERY
_X_ MAIL DELIVERY
___ OVERNIGHT MAIL
___ TELECOPY (FAX)
___ E-MAIL
___ E-FILE



JACQUELINE SADKER #06497
Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4794
Jacqueline.sadker@doj.state.or.us
Of Attorneys for Defendants

Page 1 -   CERTIFICATE OF SERVICE
           LWW/bjc/TRIP6159